Derrick K. Watson (State Bar No. 154427)
James H. Colopy (State Bar No. 172806)
Julie E. Grey (State Bar No. 210541)
Patrice N. Harper (State Bar No. 225573)
Erica Villanueva (State Bar No. 233148)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Robert Rubin (State Bar No. 85054)
Philip Hwang (State Bar No. 185070)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296

Attorneys for Plaintiffs
AUDON ABRICA and LORENZO ARAGON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/21/05*

| | |
|---|---|
| AUDON ABRICA and LORENZO ARAGON,<br><br>Plaintiffs,<br><br>vs.<br><br>CAMPESTRE CORPORATION DBA LA COSTA, CAMPESTRE CORPORATION DBA LA COSTA TAQUERIA, LA COSTA, LA VILLA CORPORATION DBA LA VILLA MEXICAN RESTAURANT, CAMPESTRE CORPORATION DBA LA VILLA MEXICAN RESTAURANT, MARISCOS LA COSTA CORPORATION, GLORIA R. AVILA, ARTEMIO AVILA, RUBEN AVILA, LUCIO AVILA, OTONIEL AVILA, IMELDA FLORES-AVILA, CARLOS ALBERTO AVILA, ARTURO AVILA and OSCAR AVILA,<br><br>Defendants. | Case No. C04-02723 RMW<br><br>**JOINT STIPULATION AND REQUEST**<br>**FOR DISMISSAL WITH PREJUDICE**<br>AND ORDER |

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION AND REQUEST FOR
DISMISSAL - Case No. C04-02723 RMW

18199\78 1514.1

Plaintiffs AUDON ABRICA and LORENZO ARAGON (hereinafter "Plaintiffs") and Defendants CAMPESTRE CORPORATION DBA LA COSTA, CAMPESTRE CORPORATION DBA LA COSTA TAQUERIA, MARISCOS LA COSTA CORPORATION DBA LA COSTA, LA VILLA CORPORATION DBA LA VILLA MEXICAN RESTAURANT, CAMPESTRE CORPORATION DBA LA VILLA MEXICAN RESTAURANT, MARISCOS LA COSTA CORPORATION, GLORIA R. AVILA, ARTEMIO AVILA, RUBEN AVILA, LUCIO AVILA, OTONIEL AVILA, IMELDA FLORES-AVILA, CARLOS ALBERTO AVILA, ARTURO AVILA and OSCAR AVILA (hereinafter "Defendants"), by and through their respective counsel, STIPULATE to the following:

1. All claims alleged in Plaintiffs' Complaint and all affirmative defenses alleged in Defendants' Answer shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Upon entry of dismissal of this Action, each party waives any right to recover from an opposing party any costs and attorneys' fees associated with this Action.

DATED: April 8, 2005

FARELLA BRAUN & MARTEL LLP

By: /s/ Patrice N. Harper
Patrice N. Harper

Attorneys for Plaintiffs
AUDON ABRICA and LORENZO ARAGON

DATED: April 8, 2005

LITTLER MENDELSON

By: /s/ Jeffrey L. Adams
Jeffrey L. Adams

Attorneys for Defendants CAMPESTRE
CORPORATION DBA LA COSTA, et al.

APPROVED AND SO ORDERED:

Dated: 4/21/05

/S/ RONALD M. WHYTE
HONORABLE RONALD M. WHYTE
United States District Court

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION AND REQUEST FOR
DISMISSAL - Case No. C04-02723 RMW                - 2 -                          18199\781514.1